## Lawson v. The State.

APPEAL from Criminal Court of Pike.
Tried before the Hon. E. B. WILKERSON.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney General, for the State.

The appellant was indicted, tried and convicted for an assault and battery. The judgment entry of conviction and sentence in this case shows that the defendant was by the verdict of the jury found guilty of the charge against him. and a fine of one cent was assessed. The fine and costs not being paid and no judgment being confessed therefor, the judgment and sentence of the court was "that the defendant be confined at hard labor for the county for a term of ten days to pay the fine of one cent and three hundred and four days to pay the costs, in all three hundred and fourteen days. Term at hard labor begins July 9th, '98, and ends May 19th, '98.'' The court holds that by reference to the date mentioned for the term at hard labor to begin, together with its duration which by the judgment is fixed at three hundred and fourteen days, it appears certainly that the term at hard labor ends May 19th, 1899, instead of 1898 ; and, therefore, the clerical mistake of writing '98 for '99 in specifying the year in which the term ends is self-correcting, meaning 1899.

This appeal is taken without any question having been reserved by bill of exceptions, without any ruling upon demurrer or motion and without any error apparent upon the record of which the defendant can complain. The judgment is, therefore, affirmed.

Opinion by SHARPE, J.